UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                          Case No. 2:12-cr-05

ANTHONY LEONARD EAGLE, JR.,        HON. R. ALLAN EDGAR

    Defendant(s).
                                  /

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 23, 2012, for arraignment on an indictment charging defendant with Assault Resulting in Serious Bodily Injury. A motion for detention was filed by the government and supported by a recommendation from Pretrial Services. A detention hearing was held on February 27, 2012. For the reasons stated on the record, the court finds that defendant presents a risk of flight, as well a danger to the community if released. Accordingly, the court grants the government's motion for detention and orders the defendant held pending trial.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

 /s/ Timothy P. Greeley  
TIMOTHY P. GREELEY  
UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2012